AUTOMOTIVE SHIPPERS, INC., Appellant, v. "EDWARD" WOLF et al., Doing Business as KAR TRAVEL TRANSPORT COMPANY, et al., Defendants, and WILLIAM W. BAUER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

GEORGE F. JOWETT, Respondent, v. BEN REBHUHN, Individually and Doing Business under the Name of JOWETT INSTITUTE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The items were properly allowed, because pertinent to the issue. Questions of admissibility will be determined on the trial. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

In the Matter of MAX EISENBERG, Respondent, against CENTRAL ZONE PROPERTY CORPORATION, Appellant.— Order unanimously modified by allowing examination of the stock book and, as so modified affirmed, with $20 costs and disbursements to the appellant. Otherwise the petition is denied in view of the fact that no previous demand to examine generally the books of the corporation had been made. The date for the examination of the stock book to proceed shall be fixed in the order. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

SARA KAUFMAN, Respondent, v. ABRAHAM C. KAUFMAN, Appellant.— Order unanimously modified by striking therefrom the provision awarding a counsel fee to the plaintiff, without prejudice to a renewal of the application for counsel fee upon the coming in of the report of the Official Referee and, as so modified, affirmed. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

MARGARITE AUTEN v. HAROLD AUTEN.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See 280 App. Div. 912; ante, p. 740.]

HENRY STEVENS, Respondent, v. CECELIA A. STEVENS, Appellant. HENRY STEVENS, Respondent, v. CECELIA A. STEVENS et al., Appellants, et al., Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals in the matrimonial action denied. Motion for leave to appeal to the Court of Appeals in the nonmatrimonial action granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See ante, p. 816.]

MAX EISENBERG, on Behalf of Himself and All Other Stockholders of CENTRAL ZONE PROPERTY CORPORATION, Similarly Situated, v. CENTRAL ZONE REALTY, INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See ante, p. 817; post, p. 875.]